IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DWANE STEWART,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

Case No. 5D23-1031
LT Case No. 2006-CF-028558-A

_____/

Decision filed July 3, 2023

Appeal from Circuit Court
for Brevard County,
Charles G. Crawford, Judge.

Dwane Stewart, Miami, pro se.

No Appearance for Appellee.

PER CURIAM.

      AFFIRMED.

MAKAR, LAMBERT and SOUD, JJ., concur.